IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
|---|---|
| v. | NO. 13-519-1 |
| **VADIM FLESHLER** | |

**O R D E R**

**AND NOW,** this 16th day of October, 2013, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that defendant's Motion for Review of Magistrate's Detention Order (ECF 19) is **DENIED**, without prejudice to the defendant renewing the Motion if, after 30 days, there is no indictment for possession of the firearm.

**BY THE COURT:**

**/s/ Timothy J. Savage for**
_____
**MICHAEL M. BAYLSON**

O:\Criminal Cases\13-519 fleshler\13cr519.order.bail.docx