IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Case No. 13-519-1
)
VADIM FLESHLER )

## NOTICE OF APPEAL

Defendant Fleshler hereby gives NOTICE that he is appealing the Court's "ORDER RE: RENEWED MOTION FOR COMPASSIONATE RELEASE", dated November 4, 2022, and which DENIED Fleshler's Renewed Motion (Doc. No. 168).

Defendant Fleshler appeals to the United States Court Of Appeals For The Third Circuit. Respectfully submitted on this 14 day of November, 2022.

Vadim Fleshler, pro se Defendant
Register# 70703-066
Federal Correctional Institution
P.O. Box 1000
Otisville, New York 10963-1000

## Certificate of Filing

I certify that on this 14 day of November, 2022, I filed this Notice of Appeal using the Legal Mail System at FCI Otisville, with postage prepaid and addressed to: Clerk of Court United States District Court for the Eastern District of Pennsylvania at 601 Market Street, Philadelphia, PA 19106 Attn: Room 2609. I declare this is true, pursuant to 28 USC § 1746.

Vadim Fleshler

Vadim Fleshler 70103-066
FCI-Otisville
P.O. Box 1000
Otisville, N.Y. 10963

U.S.M.S. X-RAY

WESTCHESTER NY 105
15 NOV 2022 PM 2 L

Clerk of the Court
United State District Court
Eastern District of Pennsylvania
601 Market St. Room #2609
Phila, PA. 19106

FEDERAL CORRECTIONAL INSTITUTION
OTISVILLE, NY 10963
DATE: 11/14-22

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosure and the address...